COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJID (Rev. 7/97)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE __Southern__ DISTRICT OF TEXAS
## __Brownsville__ DIVISION

United States District Court.
Southern District of Texas
FILED

MAY 1 6 2002

Michael N. Milby
Clerk of Court

__Sidney M. Vallie #576106__
Plaintiff's name and ID Number

__Willacy State Jail__
Place of Confinement

CASE NO: __B-02-102__
(Clerk will assign the number)

v.

__Warden David Forrest 1695 S. Buffalo Dr.__
Defendant's name and address

__c/o N. Vela, 1695 S. Buffalo.Dr.__
Defendant's name and address

__c/o J. Marroquin, 1695 S. Buffalo Dr.__
Defendant's name and address
(DO NOT USE "ET AL.")

---

I.   **PREVIOUS LAWSUITS:**

A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?   ✓YES   ___ NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below.
(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: __12-28-01  Entry date 1-2-02__

2. Parties to previous lawsuit:
   Plaintiff(s) __N/A__

   Defendant(s) __David Forrest, A. Reyes + Mary Hernandez__

3. Court (If federal, name the district; if state, name the county) __Southern, Texas, Cameron__

4. Docket Number: __01-CV-215__

5. Name of judge to whom case was assigned: __Judge Filemon B. Vela__

6. Disposition: (Was the case dismissed, appealed, still pending?)
   __Dismissed__

7. Approximate date of disposition: __2-21-02__

II.   **PLACE OF PRESENT CONFINEMENT:** WILLACY STATE JAIL

III.  **EXHAUSTION OF GRIEVANCE PROCEDURES:**
Have you exhausted both steps of the grievance procedure in this institution?   ___ YES ___ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV.   **PARTIES TO THIS SUIT:**
A. Name of address of plaintiff: n/A

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: n/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: n/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: n/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: n/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: n/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V.    **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

ON 4-25-02, A VIOLATION OF MY RIGHT OF ACCESS TO COURTS OCCURED. A.D. 3.81 DIRECTS CORRECTIONAL OFFICIALS OF THE

GUIDELINES FOR INMATES TO HAVE ACCESS TO COURTS. C/O N. VELA AND C/O J. MARROQUIN FAILED TO HONOR AN "OFFICIAL PASS" ISSUED TO ME BY THE UNIT LAW LIBRARY AID C/O MARTIN MARROQUIN. THE TIME SCHEDULED FOR ME FOR LAW LIBRARY ON 4-25-02 WAS 5:45-7:45AM. A THIRD OFFICER WAS ALSO INVOLVED IN THE VIOLATION OF A.D. 3.81 WAS C/O MARTINEZ WHOM REFUSED TO GIVE ME HIS FIRST INITIAL CONTINUED TO RELAY FALSE INFORMATION BY TELLING ME AND THE REST OF THE OFFICERS THAT THE LAW LIBRARY WAS CLOSED AT 6:15AM. PICKET OFFICER MARTINEZ WAS THE OFFICER TO INITIATE THE FIRST DENIAL. HE REFUSED TO ACCEPT (PLEASE SEE ADDENDUM...,)

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

BETTER ACCESS TO COURTS AS STIPULATED IN A.D. 3.81 ON MY SCHEDULED TIME. MONETARY DAMAGES FOR MENTAL ANGUISH OF $50,000.—$100,000.⁰⁰ INJUNCTIVE RELIEF. SUBPOENA SCHEDULE FOR SESSION ON 4-25-02 & 4-2-02

VII. **BACKGROUND INFORMATION:**
   A. State, in complete form, all names you have ever used or been known by including any and all aliases:
      N/A
   B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
      I CAN'T REMEMBER.

VII. **SANCTIONS:**

   A. Have you been sanctioned by any court as a result of any lawsuit you have filed?
      ___ YES  ✓ NO

   B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
      1. Court that imposed sanctions (if federal, give district and division): N/A
      2. Case Number: N/A
      3. Approximate date sanctions were imposed: N/A
      4. Have the sanctions been lifted or otherwise satisfied?  ___ YES  ✓ NO

   C. Has any court ever warned or notified you that sanctions could be imposed?  ___ YES  ✓ NO

   D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

N/A

...ADDENDUM

...THE OFFICIAL PASS FIRST. WHEN I PRESENTED THE PASS FOR LAW LIBRARY TO OFFICER MARTINEZ HE SAID, "THAT PASS IS NO GOOD." THE PASS WAS ISSUED AND SIGNED BY THE LAW LIBRARY SUPERVISOR, MR. MARTIN MARROQUIN, ALL OFFICERS AGREED IN UNISON THAT THE PASS WAS BOGUS AND NEITHER ONE WOULD HONOR THE PASS NOR RELEASE ME FOR MY SCHEDULED TIME FOR 5:45 AM - 7:45 AM. ALL 3 OFFICERS FAILED IN THEIR OFFICIAL CAPACITY TO VERIFY THE VALIDITY OF THE PASS. I REQUESTED FOR THE PICKET OFFICER TO CALL THE LAW LIBRARY AND MR. MARTINEZ CLAIMED NOBODY ANSWERED THE PHONE IN THE LAW LIBRARY AND THIS WAS APPROXIMATELY 6:10-6:15 AM ON 4-25-02. I THEN REQUESTED FOR THE OFFICER MR. N. VELA TO CALL FOR ME IN A MODERATE TONE OF VOICE AND HIS REPLY WAS, "HELL NO, YOU'RE THE ONE THAT GAVE ME A PROBLEM ONCE BEFORE." HE WAS REFERRING TO 4-2-02 WHEN I WAS MAKING AN ATTEMPT TO GO TO THE LAW LIBRARY AND THE SAME PROBLEM I HAD ON 4-25-02 HAPPENED ON 4-2-02, JUST 23 DAYS APART. I WAS NOT ONLY DENIED FULL ACCESS TO COURTS ON 4-2-02 BECAUSE OF WHAT OFFICER N. VELA, TAMEZ 3RD SHIFT AND C/O M. ARELLANO 1ST SHIFT CLAIMS WAS A BOGUS OR INVALID PASS, BUT I WAS HANDCUFFED BY SGT. DELGADO, WRITTEN A DISCIPLINARY CASE NO. 20020197433. C/O MR. MARTIN MARROQUIN WAS CALLED TO THE LIEUTENANT'S OFFICE TO VERIFY THE VALIDITY OF MY LAW LIBRARY PASS. I REQUESTED FOR THE OFFICERS TO DO THE SAME INSTEAD OF CARRYING ME THROUGH ALL OF THOSE UNNECESSARY CHANGES. ALL IT TAKES IS A PHONE CALL TO THE LAW LIBRARY. SOMETIMES THE PHONE IS TAKEN OUT OF THE LAW LIBRARY FOR OTHER PURPOSES. THE PHONE SHOULD BE IN THE

LAW LIBRARY AT ALL TIMES SO THERE WON'T BE NO EXCUSES TO VERIFY MY PASS. ALSO, AN OFFICER CAN CALL CENTRAL CONTROL OR THE SERCHE'S DESK IN THE SUPPORT BUILDING WHICH IS ACROSS FROM THE LAW LIBRARY TO VERIFY IF THE LAW LIBRARY IS OPENED. A CHAIN OF MISCOMMUNICATION HAS CAUSED ME A CONTINUING PROBLEM FOR ACCESS TO COURTS ON THE WILLACY STATE JAIL. I HAVE ALSO BEEN MALICIOUSLY DENIED ACCESS TO COURTS BEFORE AND HARASSED BY MANY OTHER OFFICERS DUE TO COMPLAINTS OR GRIEVANCES FILED AGAINST SOME OF THE OFFICERS WORK HERE AND OTHER LITIGATION AGAINST THE UNIT AND IT'S OFFICIALS. ON 4-25-02 ALL 3 OFFICERS FINALLY ALLOWED ME TO GO TO THE LAW LIBRARY AT 6:30 AM BUT I WAS LATER TURNED AROUND AT THE CRASH GATE AND WAS TOLD LAW LIBRARY WOULD BE CLOSED UNTIL COUNT TIME WAS OVER. FIRST SHIFT WAS COMING ON AND 3RD SHIFT WAS LEAVING. WHEN I PASSED C/O J. MARROQUIN, C/O N. VELA AND C/O MARTINEZ MADE FUN AND MOCKERY AT ME ON THE SIDEWALK WHEN PASSING ME BY. NONE OF THE (3) THREE OFFICERS UNDERSTAND THE CONSEQUENCES OF VIOLATING A.D. 3.81, UNIFORM ACCESS TO COURTS. I FILED AN 11.07 FOR ILLEGALLY ENHANCHING A STATE JAIL FELONY IN WHICH I WAS SENTENCED TO 4 YEARS T.D.C.J-ID WHICH WAS DENIED WITHOUT WRITTEN ORDER ON 2-27-02. I RECEIVED THE ANSWER ON 4-16-02. WRIT NO. 38-634-02 WAS FILED IN THE COURT OF CRIMINAL APPEALS ON 1-18-02. I WISH AND IAM IN THE PROCESS OF FILING A 28 U.S.C. § 2254 TO CONTINUE MY ARGUMENT AND I NEED TO CONTINUE MY RESEARCH OF THE DUE PROCESS OF LAW. TO DENY ME ACCESS TO COURTS HINDERS MY POTENTIAL RELIEF IAM SEEKING.

4

The denial of uniform access to courts against me on 4-25-02 at approximately 6:15 am was witnessed by several inmates in the dayroom which willfully wrote affidavits because they all know I attend law library daily and I have been recently having problem with access.

I also assist other inmates in legal matters and legal work such as compiling data to file 11.07 habeas corpus, writing the courts, lawyers, ect., legal research is a vital essential to learning the due process of law so that I can help myself and assist others. When I am denied access to courts, others are being denied access also.

I have just cause to believe that the latest denials and bogus or frivolous disciplinary cases such as case no. 20020197433 is based on previous and current litigation filed on the staff and the operations of the facility.

Case no. B-02-077 is currently pending and I have also contacted the American Civil Liberty Union to complain of various prisoner's constitutional rights violations.

I am being denied, harassed as a retaliatory effort due to my litigation and it need to be stopped immediately with consequences of the officer's and other staff members actions. Someone should be held accountable.

I had to change my regular session from 5:45-7:45 am to 8:00 am - 10:00 am just so I could avoid more harassment and trouble for myself.

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warnings were imposed: _____

Executed on: _____          *Sidney M. Vallie*
           DATE
                                              (Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this _____ day of __MAY__, 20_02_ .
         (Day)                 (Month)          (Year)

                                            *Sidney M. Vallie*
                                            (Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

## Affidavit By Offender

On the morning of April 25, 2002 at about 6:00-6:15 a.m. I seen and heard C/O N. Vela and C/O Martinez come in 2D and denied offender Sidney M. Vallie of going to the Law Library. The officers said his (Sidney) official pass was not valid, and the Law Library was closed. Then about 15 mins. later Sidney M. Vallie #576106 were released for Law Library, but a few seconds later returned stating it was count time.

## Unsworn Declaration by Inmate

I Jonathan LaDay #1042178, swear under the penalty of purjury of Law that the testimony is true and correct, and I do certify it on this 25 day of April 2002.

Jonathan L. LaDay #1042178
Willacy County Unit 2-b-51
1695 S. Buffalo Dr.
Raymondville, TX. 78580

## Affidavit By Offender

On April 25, 2002 at approximately 6:00 - 6:15 a.m. I personally witnessed Sedney M. Valle T.D.C.# 576106 attempting to get out for the Law Library by presenting a pass to C/O Martinez and later the same pass to C/O N. Vala. Inmate Valle was denied to attend Law Library session because both officers said his pass was no good. Both of said officers told inmate Valle #576106 the Law Library was closed, but about 10 or 15 minutes later was released for Law Library, but returned soon after stating that is was count time.

## Unsworn Declaration by Inmate

I sware under the penalty of perjury of law that this instrument is true and correct. and I do certify it on the 25th day of April, 2002

Jack Paul Haggerty #930287
Willacy County Unit 2-D-16
1695 Buffalo Dr.
Raymondville, TX 78580

# AFFIDAVIT BY OFFENDER

On April 25, 2002 at approximatly 6:00 - 6:15 Am I heard C/O Martinez came to the door upon offender Vallies request. Offender Vallies presented a official pass to go to the Law Library. Officer Martinez said the pass was no good also C/O N. Vela said the same. 5 minutes later C/O Martinez and Vela both said that the Law Libray was closed this was at 06:15 am. 10 minutes later Vallies was released to Law Library. But had to return due to counttime.

## Unsworn Declaration by Inmate

I sware under the penalty of perjury of law that this instrument is true and correct.
And I do certify it on the 25th day of April, 2002.

Alan A. Neil
1036131
Willacy state jail
1695 S. Buffalo Dr.
Raymondville Tx.
78580

## Affidavit of offenders

On April 25, 2002 at approximately 6:00-6:15 am I personally witnessed Sidney M. Vallie #576106, attempting to get out for the law library by presenting a pass to C/O Martinez and later the same pass to C/O N. Vela. Inmate Vallie was denied to attend law library session because both officers said his pass was no good. Both of said officers told inmate Vallie #576106 the law library was closed, but about 10 or 15 minutes later was released for law library, but returned soon after stating that it was count time.

## Unsworn Declaration by Inmate

I swear under the penalty of perjury of law that this instrument is true and correct. And I do certify it on the 25th day of April, 2002.

Jose Luis Garcia
#1041819
Willacy State Jail
1695 S. Buffalo Dr.
Raymondville TX
78580

## Affidavit of Offenders

On April 25, 2002 at approximately 6:00 am I witnessed offender Sidney Vallie #576106 attempt to leave the dorm (2-Delta) by presenting a pass to %0 Martinez. Officer Martinez told offender Vallie that his pass was "Bogus" and he was not going to be allowed to leave the dorm. After 5 minutes or so offender Vallie again attempted to exit dorm by presenting his pass to %0 N. Vela. He was told the same thing by this officer also. Offender Vallie then told the officers to call the Law Library if they questioned the validity of his pass. After about another 5 min the officers returned and told offender Vallie the law library was closed. But after about 15 min the officers came back to the dorm and allowed offender Vallie to go to the law library, but offender Vallie was stopped at the crash gate and told to return to the dorm because it was count time.

I swear under the penalty of perjury of law that this instrument is true and correct. And I do certify it on the 25th day of April 2002

Donald Yates #102313/
WCC 2-D-33
1695 S. Buffalo Dr.
Raymondville Tx
78580

*Wackenhut Corrections Corporation*
## WILLACY COUNTY UNI

Name: Sidney Vallei                    TDC# 576106

Living Quarters: 2D-20                 Work Assignment: _____

SUBJECT: State briefly the problem on which you desire assistance.

TO: Mailroom                           Date: 5-13-02

I need postage for this mail.

I am indigent

**DISPOSITION (RESIDENCE WILL NOT WRITE BELOW THIS SPACE)**

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## RECORDS RELEASE AUTHORIZATION

I, the below named and numbered offender, hereby authorize the Texas Department of Criminal Justice to release records pertaining to my trust fund account, as requested by _Willacy Unit U.S. District Court_ (Identify Court, Attorney, etc.).

I, offender _Sidney Valle_ TDCJ # _576106_, being presently incarcerated at the _Willacy Unit_, Unit/Facility of the Texas Department of Criminal Justice, in _Cameron_ County, Texas declare under penalty of perjury that the foregoing is true and correct.

Executed on this the _13th_ day of _May_, ~~19~~2002.

By: _Sidney Valle_  Witness: _[signature]_
(Offender Signature)              (Approved - Witnessing Authority Signature)



COLETTE WATT
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-25-2005

**INSTRUCTIONS:**
1. The offender completes above information, signs and dates the Records Release Authorization in the presence of the approved witnessing authority (Access to Courts Representative).
2. The witnessing authority identifies the offender by ID card or records and, upon verification, witnesses the offender's signature by signing the Records Release Authorization, which the witnessing authority will maintain.
3. The witnessing authority prints out a copy of the offender's trust fund balance which the witnessing authority certifies. The certified copy is then provided to the offender.
4. The offender is required to have an addressed, stamped envelope prepared for mailing. The trust fund printout is immediately placed in the addressed and stamped envelope and the envelope is sealed and placed in the outgoing mail.

**NOTE:** Trust fund information is for Court purposes ONLY. Any other inquires or questions regarding trust fund information, balances, deposits, withdrawals, etc. are to be submitted to TDCJ Offender Trust Fund Department.

ATC - Authorization No. 1 (10/96)

```
CSINIB01           TEXAS DEPARTMENT OF CRIMINAL JUSTICE              05/13/02
                      TRUST FUND BANKING HISTORY                     09:13:58
                       AS OF 05/10/02 23.57.38

 TDCJ-NO 00576106 NAME- VALLIE,SIDNEY MICHAEL         CURRENT-BAL-       .00

   DATE    AMOUNT  UT TP RPT-PG   CD DESCRIPTION             SENDEE
  11/05/01    .00     CM WI15/IR  B4                         110301154957241539
  12/10/01    .00     CM WI15/IR  B4                         121001140457241539
  03/05/02   3.00  WI MC WI12/    B4 000005 000295DVA6331 PP 010402190000000000
  05/09/02    .00     CM WI15/IR  B4                         050902165257241539




           END OF HISTORY DATA          PRESS ENTER FOR MORE RECORDS
  PF4 PREVIOUS RECORDS PF2 FIRST RECORD OF HISTORY PF9 FIRST REC OF CURRENT MONTH
  ENTER TDCJ NUMBER:         OR SID NUMBER:
```

To the best of my knowledge this is a true and accurate statement of Offender Vallie, Sidney Michael #576106 on this 13th day of May, 2002.

*[signature]*



COLETTE WATT
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-25-2005