2

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Brownsville_ DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 6 2002

Michael N. Milby
Clerk of Court

_Sidney Vallie_
Plaintiff's name and ID Number

_Willacy State Jail_
Place of Confinement

CASE NO. **B-02-102**
_____
(Clerk will assign the number)

v.

_David Forrest, 1695 S. Buffalo Dr._
Defendant's name and address

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, _Sidney Vallie_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment      Yes☐ No☑
   b. Rent payments, interest or dividends?              Yes☐ No☑
   c. Pensions, annuities or life insurance payments?    Yes☐ No☑
   d. Gifts or inheritances?                             Yes☐ No☑
   e. Family or friends?                                 Yes☐ No☑
   f. Any other sources?                                 Yes☐ No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _20.⁰⁰   Sept._
   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
                    Yes☐              No☑
   If you answered YES, state the total value of the items owned.

   _____

   _____

1                                        ATCIFP

3.    Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes☐                    No☑

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury.  I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the ___14___ day of ___May___, 19~~~~ 2002

_Sidney Vallix_          # 576106
Signature of Plaintiff          ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT.    YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE  FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

2                                                              ATCIFP