UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 9 2002

Michael N. Milby
Clerk of Court

SIDNEY M VALLIE            *

VS                         *      C.A. NO. B-02-102

WARDEN DAVID FORREST       *

# ORDER ON APPLICATION TO PROCEED WITHOUT PAYMENT OF FEES

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915. The Court is of the opinion that it should be GRANTED.

IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon defendant as directed by the plaintiff. All costs of service shall be advanced by the United States.

DONE at Brownsville, Texas, this 29th day of May, 2002.

Felix Recio
United States Magistrate Judge