IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SIDNEY M. VALLIE | § |
| | § |
| V. | § CIVIL ACTION NO: B-02-102 |
| | § |
| WARDEN DAVID FORREST | § |

### DEFENDANT'S ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Warden David Forrest, and files this his Answer to Plaintiff's Original Complaint, and in support thereof would respectfully show unto this Honorable Court the following:

I.

### ANSWER

1. Defendant is without knowledge or information sufficient to form a belief as to the averments contained in Paragraph I of Plaintiff's Original Complaint.

2. Defendants admit the averments contained in Paragraph II of Plaintiff's Original Complaint.

3. Defendant is without knowledge or information sufficient to form a belief as to the averments contained in Paragraph III of Plaintiff's Original Complaint as Plaintiff did not complete Paragraph III.

4. Defendant is without knowledge or information sufficient to form a belief as to the averments contained in Paragraph IV of Plaintiff's Original Complaint as Plaintiff did not complete Paragraph IV.

5.  Defendant denies the averments contained in Paragraph V of Plaintiff's Original Complaint, including Plaintiff's Addendum.

6.  Defendant denies that Plaintiff is entitled to any of the relief requested in Paragraph VI of Plaintiff's Original Complaint.

7.  Defendant is without knowledge or information sufficient enough to form a belief as to the truth or falsity of the averments contained in Paragraph VII "Background Information" of Plaintiff's Original Complaint.

8.  Defendant is without knowledge or information sufficient to form a belief as to the averments contained in Paragraph VII "Sanctions" of Plaintiff's Original Complaint.

## II.

## **AFFIRMATIVE DEFENSES**

1.  Defendant asserts that he is entitled to qualified immunity from suit because he was acting within the course and scope of his employment and performing discretionary duties in good faith. Defendant did not violate constitutional or statutory rights of which a reasonable person would have known.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that Plaintiff's claims be dismissed with prejudice to refiling, that Defendant recover his attorneys' fees and costs of court pursuant to 42 U.S.C. §1988, and for any and all other relief, at law or in equity, to which Defendant may show himself justly entitled.

Respectfully submitted,

**FLOWERS DAVIS, L.P.**
815 Rice Road
Tyler, Texas 75703
(903) 534-8063
(903) 534-1650 Facsimile

_____
**ROBERT S. DAVIS**
State Bar No. 05544200
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon the following counsel of record in the above entitled and numbered cause this the 20th day of June, 2002, by Certified Mail, Return Receipt Requested to:

Sidney M. Vallie
*Pro Se*
#576106
Willacy County State Jail
1695 South Buffalo Drive
Raymondville, Texas 78580

**ROBERT S. DAVIS**