

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SIDNEY M. VALLIE | § § | |
| V. | § § § | CIVIL ACTION NO: B-02-102 |
| WARDEN DAVID FORREST | § | |

### DEFENDANT'S REQUEST FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Warden David Forrest, who respectfully requests a trial by jury of all issues so triable pursuant to Rule 39(b) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**FLOWERS DAVIS, L.P.**
815 Rice Road
Tyler, Texas 75703
(903) 534-8063
(903) 534-1650 Facsimile

ROBERT S. DAVIS
State Bar No. 05544200
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon the following counsel of record in the above entitled and numbered cause this the 20th day of June, 2002, by Certified Mail, Return Receipt Requested to:

Sidney M. Vallie
*Pro Se*
#576106
Willacy County State Jail
1695 South Buffalo Drive
Raymondville, Texas 78580

*Robert S. Davis/cK*
**ROBERT S. DAVIS**  *(by permission)*