Amended

7

COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE __SOUTHERN__ DISTRICT OF TEXAS
__BROWNSVILLE__ DIVISION

United States District Court
Southern District of Texas
FILED

JUL 17 2002

Michael N. Milby
Clerk of Court

__SIDNEY M. VALLIE #576106__
Plaintiff's name and ID Number

__WILLACY STATE JAIL__
Place of Confinement

CASE NO: __B-02-102__
(Clerk will assign the number)

v.

__WARDEN DAVID FORREST 1695 S. BUFFALO DR.__
Defendant's name and address

__C/O J. MARROQUIN 1695 S. BUFFALO DR.__
Defendant's name and address

__C/O N. VELA 1695 S. BUFFALO DR.__
Defendant's name and address
(DO NOT USE "ET AL.")

__C/O A. MARTINEZ 1695 S. BUFFALO DR.__

I.  **PREVIOUS LAWSUITS:**

   A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?   ✓ YES   ___ NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below.
(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: __16 12/2001__

   2. Parties to previous lawsuit:
      Plaintiff(s) __n/A__

      Defendant(s) __WARDEN DAVID FORREST, CAPT. L.D. MONTGOMERY, MR. A. REYES, MARY HERNANDEZ__

   3. Court (If federal, name the district; if state, name the county) __SOUTHERN BROWNSVILLE__

   4. Docket Number: __# 01-CV-215__

   5. Name of judge to whom case was assigned: __JOHN BLACK__

   6. Disposition: (Was the case dismissed, appealed, still pending?)

      __DISMISSED__

   7. Approximate date of disposition: __1-16-02__



# STEP 1
## PASO 1

## OFFENDER GRIEVANCE FORM
Forma Para Quejas de los Preso

**OFFICE USE ONLY**
Para Uso De la Oficina Solamente

Grievance #: 2002158573
Date Received: MAY 16 2002
Date Due: 06/25/02
Grievance Code: 700
Investigator Number: Io920

☐ EM  ☐ UOF  ☐ MED
☐ ADA ☐ REL  ☐ SSI

Offender Name: SIDNEY M. VALLIE       TDCJ # 576106
Unit: WILLACY            Housing Assignment: 2D-20
Unit where incident occurred: WILLACY STATE JAIL

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? C/O N. VELA AND J. MARROQUIN          When? 4-25-02
What was their response? LAW LIBRARY WAS CLOSED
What action was taken? A VIOLATION OF A.D. 3.81.

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

ON 4-24-02, MR. MARTIN MARROQUIN ISSUED ME AN "OFFICIAL PASS" FOR THE LAW LIBRARY FOR 4-25-02 AT 5:45 AM - 7:45 AM. ON 4-25-02 AT APPROXIMATELY 6:10 AM. I SHOWED THE PICKET OFFICER MY OFFICIAL PASS BECAUSE HE'S THE ONLY OFFICER THAT WOULD COME TO SEE WHAT I WANTED, THE OTHER TWO STAYED IN THE PICKET WHICH WAS C/O N. VELA AND C/O J. MARROQUIN. WHEN I SHOWED C/O MARTINEZ MY PASS, HE QUICKLY GAVE IT BACK TO ME AND SAID, "THAT PASS IS NO GOOD," AND LEFT WITHOUT QUESTION QUICKLY. AFTER ANOTHER ATTEMPT TO GET OFFICER N. VELA TO COME IN 2 DELTA, I MADE A REQUEST FOR HIM TO PLEASE CALL THE LAW LIBRARY OR THE SEARCHES DESK, C/O N. VELA'S REMARK WAS, "HELL NO, YOU'RE THE ONE THAT GAVE ME A PROBLEM ONCE BEFORE". REFERRING TO 4-2-02 WHERE I WAS WRITTEN CASE No. 20020197433 BECAUSE OF THE SAME CIRCUMSTANCES, OFFICERS ON 3RD SHIFT, ESPECIALLY THE SAME 3 THAT DENIED ME ACCESS TODAY, DO NOT BELIEVE NOR ACCEPT OFFICIAL PASSES MADE OUT AND ISSUED TO US FROM C/O M. MARROQUIN THE LAW LIBRARY AID. AT APPROXIMATELY 6:15AM-6:20 AM, PICKET OFFICER CLAIMS HE CALLED SEARCHES DESK AND SPOKE WITH C/O MORENO AND WAS TOLD THE LAW LIBRARY WAS CLOSED AND ALSO NO ANSWER FROM THE LAW LIBRARY AFTER SEVERAL ATTEMPTS AT TRYING TO CALL AND CONTACT THE LAW LIBRARY OFFICER. ALL 3 OFFICERS AGREED IN UNISON AND ON THE SAME ACCORD THAT THE LAW LIBRARY WAS CLOSED AND THAT THE LIBRARY AID WOULD BE LATE.
    I HAVE SEVERAL WITNESSES. (PLEASE SEE SWORN AFFIDAVITS BY OFFENDER). FINALLY AFTER 5 OR 10 MINUTES LATER C/O N. VELA OPENS THE GATE TO 2-DELTA TO LET ME OUT FOR LAW LIBRARY AND HE AND C/O J. MARROQUIN APPROACHED ME IN THE SALLY-PORT AND ASKED ME QUESTIONS. THEY ASKED ME DID I HAVE A PROBLEM AND IF I DID WHAT WAS I GOING TO DO ABOUT IT? THEN N. VELA SAID THE REASON I WANTED TO GET OUT WAS TO STEAL SOME CASES. BOTH OF THESE OFFICERS

I-127 Front (9/1/1999)                PLEASE SIGN ON BACK                         (OVER)

II. **PLACE OF PRESENT CONFINEMENT:** WILLACY STATE JAIL

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**
Have you exhausted both steps of the grievance procedure in this institution?  ☒ YES  ✓ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. **PARTIES TO THIS SUIT:**
A. Name of address of plaintiff: N/A

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: CORRECTIONAL OFFICER J. MARROQUIN, 1695 SOUTH BUFFALO DR. RAYMONDVILLE, TX 78580
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
DEPRIVED ME ACCESS TO COURTS, FAILED TO RELEASE ME FOR LAW LIBRARY

Defendant #2: CORRECTIONAL OFFICER N. VELA 1695 SOUTH BUFFALO DR. RAYMONDVILLE, TX 78580
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
FAILED TO CHECK VALIDITY OF PASS AND RELEASE ME FOR LAW LIBRARY

Defendant #3: CORRECTIONAL OFFICER ALEX MARTINEZ 1695 SOUTH BUFFALO DR. RAYMONDVILLE, TX
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
INITIALLY DENIED PASS, DENIED ME THE RIGHT OF PERSONAL LIBERTY.

Defendant #4: ___
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ___
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

AMENDMENT TO PREVIOUS FILED COMPLAINT UNDER SAME CIVIL ACTION NO. B-02-102

C/o J. MARROQUIN AND C/o N. VELA GAVE FALSE TESTIMONY IN THE STEP 1 GRIEVANCE INVESTIGATION. THE LAW LIBRARY OFFICER C/o MARTIN MARROQUIN ARRIVE TO WORK AT 5:30 AM - 2:30 PM TUE - FRIDAY AND 8AM - 5:PM SAT. ON 4-25-02 RECORDS WILL INDICATE THE LAW LIBRARY SUPERVISOR, C/o MARTIN MAROQUIN'S ARRIVAL AT WORK WAS AT 5:30 AM. MORE FALSE TESTIMONY WAS GIVEN BY STATING IT WAS COUNT TIME. 3RD SHIFT DO NOT COUNT AT 6:30 AM, 1ST SHIFT DOES. IT'S A CALCULATED, CONCOCTED AND FALSE RESPONSE.

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

ALL LISTED DEFENDANTS SHOULD BE HELD ACCOUNTABLE AND CONSEQUENCES SEVERELY IMPOSED FOR HINDERING MY FREEDOM, $50,000.00 TO $100,000.00 MONETARY DAMAGES.

VII. **BACKGROUND INFORMATION:**
   A. State, in complete form, all names you have ever used or been known by including any and all aliases:
   SAME NAME
   B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
   DONT REMEMBER

VII. **SANCTIONS:**

   A. Have you been sanctioned by any court as a result of any lawsuit you have filed?
   ___ YES ✓ NO

   B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
   1. Court that imposed sanctions (if federal, give district and division): n/A
   2. Case Number: n/A
   3. Approximate date sanctions were imposed: n/A
   4. Have the sanctions been lifted or otherwise satisfied? ___ YES ✓ NO

   C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES ✓ NO

   D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warnings were imposed: _____

Executed on: _____
           DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this _15 TH_ day of _JULY_, 20 _02_ .
        (Day)              (Month)        (Year)

*Sidney Vallie*
_____
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

5