# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SIDNEY M. VALLIE, #576106 | * | |
| VS | * | C.A. NO. B-02-102 |
| WARDEN DAVID FORREST, ET AL | * | |

## ORDER

Plaintiff's July 17, 2002, 42 U.S.C. § 1983 Complaint is hereby construed as an amended complaint.

The Clerk is hereby ORDERED to issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon all defendants as directed by the plaintiff. All costs of service shall be advanced by the United States.

DONE at Brownsville, Texas, this 29th day of July 2002.

Felix Recio
United States Magistrate Judge