Officer N. Vela　RETURN OF SERVICE　CAB-02-102

Service of the Summons and Complaint was made by me[1]

DATE

NAME OF SERVER (PRINT)
Robert Aguilar

TITLE
DUSM

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

AUG 19 2002

Michael N. Milby
Clerk of Court

☐ Returned unexecuted: _____

☐ Other (specify): Summons was sent via certified mail – received on 8-1-02 by R. Portillo

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8-1-02___
　　　　　　　Date

*Signature of Server* Robert Aguilar

600 E. Harrison, Room 1032
*Address of Server* Brownsville, Texas 78520

[Stamp: A TRUE COPY I CERTIFY / SOUTHERN DISTRICT OF TEXAS / FILED / 02 AUG 19 PM 3:44 / MICHAEL N. MILBY, CLERK]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.