AO 440 (Rev. 10/93) Summons in a Civil Action

*David Forrest*       **RETURN OF SERVICE**       *CAB-02-102*

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* Robert Aguilar | TITLE DUSM |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas

AUG 19 2002

Michael N. Milby
Clerk of Court

☐ Returned unexecuted: _____

☒ Other *(specify):* __Summons was sent via certified mail - received on August 1, 2002 by R. Portillo__

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES 45.00 | TOTAL 45.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __8-1-02__
         Date

Signature of Server: Robert Aguilar

Address of Server: 600 E. Harrison, Room 1032
Brownsville, Texas 78520

[Stamp: FILED 02 AUG 19 PM 3:41 MICHAEL N. MILBY, CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF TEXAS]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.