/3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

**AUG 2 2 2002**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **SIDNEY M. VALLIE** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO: B-02-102** |
| | § | |
| **WARDEN DAVID FORREST** | § | |

## DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Warden David Forrest, Martin Marroquin, Officer N. Vela, and A. Martinez, and files this their Answer to Plaintiff's Amended Complaint, and in support thereof would respectfully show unto this Honorable Court the following:

### I.

### ANSWER

1.      Defendants are without knowledge or information sufficient to form a belief as to the averments contained in Paragraph I of Plaintiff's Amended Complaint.

2.      Defendants admit the averments contained in Paragraph II of Plaintiff's Amended Complaint.

3.      Defendants admit the averments contained in Paragraph III of Plaintiff's Amended Complaint.

4.      Defendants are without knowledge or information sufficient to form a belief as to the averments contained in Paragraph IV of Plaintiff's Amended Complaint as Plaintiff did not complete Paragraph IV.

5.     Defendant deny the averments contained in Paragraph V of Plaintiff's Amended Complaint.

6.     Defendants deny that Plaintiff is entitled to any of the relief requested in Paragraph VI of Plaintiff's Amended Complaint.

7.     Defendants are without knowledge or information sufficient enough to form a belief as to the truth or falsity of the averments contained in Paragraph VII "Background Information" of Plaintiff's Amended Complaint.

8.     Defendants are without knowledge or information sufficient to form a belief as to the averments contained in Paragraph VII "Sanctions" of Plaintiff's Amended Complaint.

## II.

## AFFIRMATIVE DEFENSES

1.     Defendants assert that they are entitled to qualified immunity from suit because they were acting within the course and scope of their employment and performing discretionary duties in good faith.  Defendants did not violate constitutional or statutory rights of which a reasonable person would have known.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that Plaintiff's claims be dismissed with prejudice to refiling, that Defendants recover their attorneys' fees and costs of court pursuant to 42 U.S.C. § 1988, and for any and all other relief, at law or in equity, to which Defendants may show themselves justly entitled.

Respectfully submitted,

*Robert S. Davis* *(by permission)*

**ROBERT S. DAVIS**
State Bar No. 05544200
Southern District Federal Bar No. 27598

Flowers Davis, P.L.L.C.
815 Rice Road
Tyler, Texas 75703
(903) 534-8063
(903) 534-1650 Facsimile
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon the following counsel of record in the above entitled and numbered cause this the___21st___ day of August, 2002, by Certified Mail, Return Receipt Requested to:

> Sidney M. Vallie
> *Pro Se*
> #576106
> Willacy County State Jail
> 1695 South Buffalo Drive
> Raymondville, Texas 78580

**ROBERT S. DAVIS** *(by permission)*