UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 11 2002
Michael N. Milby, Clerk of Court

| | |
|---|---|
| SIDNEY M. VALLIE | * |
| No. 576106 | * |
| | * |
| VS | * C.A. NO. B-02-102 |
| | * |
| WARDEN DAVID FORREST, ET AL | * |

## ORDER SETTING CONFERENCE

A telephonic scheduling conference in above-captioned and numbered cause of action is hereby set for **Thursday, September 26, 2002, at 3:30 p.m.**

Counsel for the Defendants shall make the necessary arrangements to have Petitioner available for said telephonic conference.

DONE at Brownsville, Texas, this 11th day of September 2002.

Felix Recio
United States Magistrate Judge
U.S. Federal Bldg. & Courthouse
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX 78520
**956/548-2701**