## CHAMBERS MINUTES

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED

SEP 26 2002

Michael N. Milby
Clerk of Court

Date:      Sep 26, 2002, at 3:30 pm
-----------------------------------------------------------------
## C.A. NO.  B-02-102
-----------------------------------------------------------------
| SIDNEY M. VALLIE | * | Pro se |
| Vs | * | |
| WARDEN DAVID FORREST | * | Robert S Davis |
| MARTIN MARROQUIN | * | " |
| OFFICER N. VELA | * | " |
| A. MARTINEZ | * | " |
-----------------------------------------------------------------

## TELEPHONIC CONFERENCE

Telephonic conference held with Plaintiff Sidney M. Vallie and Robert Davis, attorney for defendants.

Plaintiff informed the Court he has been moved and no longer experiencing problems with access to the jail law library. The Court suggested to the Plaintiff to send a letter to the Court advising of same and request a dismissal of complaint as moot.

The Court requested attorney Davis to write defendants admonishing them to comply with institution regulations to allow inmates access to law libraries. Mr. Davis agreed, and will send a copy of said letter to Plaintiff and to the Court.