9-30-02
16

Sidney Vallie
T.D.C.J-ID# 576106
Gib Lewis Unit
P.O. Box 9000
Woodville, Tx 75990

United States District Court
Southern District of Texas
FILED
OCT 10 2002
Michael N. Milby
Clerk of Court

1

United States District Court
Southern District of Texas
600 E. Harrison Street
Brownsville, Texas 78520

    This is a notification to the Court to dismiss Civil Action No. B-02-102.
    During the telephonic conference on 9-26-02, I reluctantly agreed to dismiss the above mentioned Civil Action No. with a request for the Court to send a written admonishment to the Defendants and forward one copy of the written admonishment to me. The admonishment should warn all of the Defendants that there can be consequences for their actions of violating an inmates rights of Access to Courts and that the standards have been set and should be followed at all times. The officers took my Law Library request for mere play and a joke.

Specific instructions or admonishment should be directed toward the three (3) correctional officers to educate them on how serious and sensitive the Law Library is to inmates and they should never interfer with Access to Courts.

This is only a "slap on the hand" to these officers as opposed to what could happen if they violate another inmate's right of Access to Courts. I experienced harrassment on more than one occation which was reported on 2-28-02 by a written Grievance, but the problem was never addressed and continued to occur, especially with C/O J. Marroquin.

There is a problem with the telephone being removed out of the Law Library on that unit which cause a level of terrible miscommunication. Willacy State Jail is a Private Facility, but should still be responsible to ensure that all inmates are treated fairly and allowed Access to Courts. The Officers on that unit are not properly trained about A.D. 3.81 and the consequences for violating said policy. The Court should monitor complaints and the progress of Willacy State Jail.

Sidney Vallie #576106