UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SIDNEY VALLIE,<br>Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-02-102 |
| WARDEN DAVID FORREST, ET AL<br>Defendant. | § § § | |

## ORDER

On September 26, 2002, during a telephonic conference, Plaintiff Sidney Vallie agreed to dismiss his 42 U.S.C. Section 1983 claim in exchange for a letter written by defense counsel to the Willacy County State Jail. The Willacy County State Jail is the prison in which Vallie is currently incarcerated, and is the same State Jail that he complains violated his rights in his original complaint. The proposed letter was to detail the law in regard to prisoner visits to the law library.

The letter has been written and sent to Plaintiff Vallie as well as this Court. Plaintiff has also filed a handwritten letter requesting the Court to dismiss Civil Action No. B-02-102 (Doc. # 16). Therefore, Plaintiff's motion is GRANTED, and the above-styled cause of action is hereby DISMISSED WITH PREJUDICE.

DONE at Brownsville, Texas this 15 day of November, 2002.

Hilda Tagle
United States District Judge